JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CAREN CARL MANDOYAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, BOBBY DENHAM, SHEILA KUEHL, HILDA SOLIS, JANICE HAHN, KATHRYN BARGER, JOHN NAIMO, AND DOES 1-200,<br><br>Defendants. | **CASE NO. 2:19-cv-02537-JFW-RAO**<br><br>**JUDGMENT DISMISSING PLAINTIFF'S THIRD AMENDED COMPLAINT WITH PREJUDICE**<br><br>Assigned for All Purposes to the Hon. John F. Walter and Magistrate Judge Rozella A. Oliver<br><br>Action Filed: April 3, 2019<br>Trial Date: July 28, 2020 |

On April 3, 2019, Plaintiff Caren Carl Mandoyan ("Plaintiff") instituted this action by filing the Complaint, which Plaintiff amended voluntarily three times.

On September 9, 2019, Defendants County of Los Angeles (the "County") and John Naimo ("Naimo") filed a Motion to Dismiss Third Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendants Bobby Denham ("Denham") and County of Los Angeles, erroneously sued as Los Angeles County Sheriff's Department ("LASD") also filed a Motion to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6). On September 16, 2019,

Plaintiff filed a combined Opposition to both motions to dismiss. On September 23, 2019, the County, Naimo, Denham, and LASD filed respective replies.

On October 2, 2019, Plaintiff filed a Notice of Voluntary Dismissal of Defendants LASD, Sheila Kuehl, Hilda Solis, Janice Hahn, Kathryn Barger, John Naimo, and Bobby Denham, leaving the County as the only remaining defendant in this action.

On October 31, 2019, the Court entered an Order Granting the Motion to Dismiss Third Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows**:**

(1) Judgment in full is entered in favor of the County and against Plaintiff as to each and every cause of action asserted in the Third Amended Complaint;

(2) Plaintiff shall take nothing by way of his Third Amended Complaint against Defendants, and the same is hereby dismissed with prejudice; and

(3) The County shall recover its costs of suit from Plaintiff in the sum of $_____ determined in accordance with L.R. 54-2.1.

**IT IS SO ORDERED.**

DATED: November 12, 2019

_____
Hon. John F. Walter
Judge of the United States District Court